UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GORDON HAMILTON,

    Plaintiff,

    v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; GROUP INSURANCE PLAN FOR CERTAIN EMPLOYEES OF ANHEUSER-BUSCH COMPANIES, INC.; ANHEUSER-BUSCH COMPANIES, INC. LIFE INSURANCE PLAN; THE ANHEUSER-BUSCH COMPANIES, INC. SEVERANCE PAY PROGRAM,

    Defendants.

/

NO. CIV. S-07-00104 LKK/GGH

O R D E R

Pursuant to court order, a Status (Pretrial Scheduling) Conference was held in Chambers on April 2, 2007. Although defendants acknowledged that venue in this district is appropriate, the case should have been filed in Fresno pursuant to Local Rule 3-120(d), as plaintiff is a resident of Kern County.

Accordingly, the court hereby orders that this case be

1

1  TRANSFERRED to United States District Court for the Eastern
2  District of California in Fresno.
3      IT IS SO ORDERED.
4      DATED: April 3, 2007.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2