BURKE, WILLIAMS & SORENSEN, LLP
STEPHEN H. GALTON, State Bar No. 46732
E-mail: sgalton@bwslaw.com
MELISSA M. COWAN, State Bar No. 175326
E-mail: mcowan@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendants Unum Life Insurance Company of America, Group Insurance Plan for Certain Employees of Anheuser-Busch Companies, Inc. and erroneously named Anheuser Busch Companies, Inc. Life Insurance Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON HAMILTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; GROUP INSURANCE PLAN FOR CERTAIN EMPLOYEES OF ANHEUSER-BUSCH COMPANIES, INC.; ANHEUSER-BUSCH COMPANIES, INC. LIFE INSURANCE PLAN; THE ANHEUSER-BUSCH COMPANIES, INC. SEVERANCE PAY PROGRAM,<br><br>        Defendants. | CASE NO. 1:07-CV-00526-LJO-DLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUD** |

Plaintiff Gordon Hamilton and Defendants Unum Life Insurance Company of America, Group Insurance Plan for Certain Employees of Anheuser-Busch Companies, Inc. and erroneously named Anheuser Busch Companies, Inc. Life Insurance Plan, by and through their respective counsel of record, hereby stipulate and agree that this action be dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED:  September 11, 2007    KANTOR & KANTOR, LLP
GLENN R. KANTOR
ALAN E. KASSAN


By: */s/ Alan E. Kassan*
--------------------------------
ALAN E. KASSAN

Attorneys for Plaintiff Gordon Hamilton

DATED:  September 11, 2007    GALTON & HELM LLP
STEPHEN H. GALTON
MELISSA M. COWAN


By: */s/ Stephen H. Galton*
--------------------------------
STEPHEN H. GALTON

Attorneys for Defendants Unum Life Insurance Company of America, Group Insurance Plan for Certain Employees of Anheuser-Busch Companies, Inc. and erroneously named Anheuser Busch Companies, Inc. Life Insurance Plan

## ORDER

Pursuant to the stipulation for dismissal WITH prejudice,

IT IS SO ORDERED.

**Dated:   September 12, 2007**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE